JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES LEE, | CV 19-5275 PA (AFMx) |
| Plaintiff, | JUDGMENT |
| v. | |
| GREY BLOCK PIZZA, INC. et al., | |
| Defendants. | |

Pursuant to the Court's September 27, 2019 Minute Order dismissing this action for failure to prosecute and failure to comply with the Court's orders,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice.

IT IS SO ORDERED.

DATED: September 27, 2019

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE